MARGARET LEHRKIND
SBCA # 314717
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYANN CRELLIN, | CASE NO.: 1:24-cv-00996-BAM |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

    The parties, through their attorneys of record, hereby stipulate, subject to the Court's approval, to extend the time allowed for the Plaintiff to file her motion for summary judgment to January 14, 2025.

    Good cause exists for this request.  Plaintiff's counsel has worked diligently to comply with the Court's deadlines in this case.  However, Plaintiff's counsel has several competing deadlines in November and December, as well as personal obligations with her family during the holidays, and requires an additional 60 days to prepare the motion for summary judgment in this case.

STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 1

On November 12, 2024, Defendant's counsel agreed to stipulate to Plaintiff's request for an extension of time.

Based on the foregoing, Plaintiff's counsel requests that the court grant her request for an extension of time.

DATE:  November 12, 2025          Respectfully submitted,

By:     */s/ Margaret Lehrkind*
        Margaret Lehrkind
        SBCA # 314717
        2625 Alcatraz Ave, # 208
        Berkeley, CA 94705
        Tel: 510-590-1907
        Margaret@LehrkindLawOffice.com

By:     */s/ Justin Lane Martin*
        Office of the General Counsel, SSA
        Office of Program Litigation, Office 7
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        510-970-4808
        Email: Justin.L.Martin@ssa.gov

STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 2

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Plaintiff shall have an extension, up to and including **January 14, 2025** to file her motion for summary judgment. The remaining dates in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **November 13, 2024**            /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 3